ELIZABETH A. CULLIFORD, Respondent, *v.* MONTGOMERY GADD, Appellant.

(Argued June 23, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made February 1, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Sidney Harris* for appellant.

*F. Spielgelberg* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____

HENRY WEILL, Respondent, *v.* CHARLES J. CLOSE et al., Appellants.

(Argued June 23, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 29, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Simon Fleischmann* for appellants.

*Moses Shire* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.